# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>DARIN O. ORTIZ ORTIZ<br>LUZ N. RIVERA RAMOS<br><br>Debtor(s) | CASE NO. 10-06026-SEK<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Comes now, Scotiabank de Puerto Rico, creditor, through the undersigned attorney and very respectfully states and prays that the appearing party is represented by the undersigned counsel in all judicial proceedings regarding this case pending before this Honorable Court.

WHEREFORE, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to appearing party be also served upon the undersigned counsel at the following address:

**FERNANDEZ COLLINS CUYAR & PLA**
**P.O. BOX 9023905**
**SAN JUAN, PUERTO RICO 00902-3905**

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which upon information and belief will notify all participants, including the following:

| | |
|---|---|
| José M. Prieto Carballo | jpc@jpclawpr.com |
| José R. Carrión Morales | newecfmail@ch13-pr.com |

In San Juan, Puerto Rico, on this 3rd day of August, 2010.

FERNANDEZ COLLINS CUYAR & PLA

/s/Juan A. Cuyar Cobb
JUAN A. CUYAR COBB
USDCPR 212401
P.O. BOX 9023905
SAN JUAN, PUERTO RICO 00902-3905
TEL. 787-977-3772   FAX 787-977-3773
E-MAIL: jcc@fccplawpr.com