## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-06026 SEK |
|---|---|
| **DARIN O ORTIZ ORTIZ** <br> **LUZ N RIVERA RAMOS** | Chapter 13 |
| Debtor(s) | |

# **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule C form.

2. That the reason for the amendments is to obtain claim exemption over vehicule 2000 Subari Foester .

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact believe copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 26th day of August of 2010.**

        JPC LAW OFFICE

        Jose M Prieto Carballo, Esq
        P.O. Box 363565
        San Juan, P.R. 00936-3565
        Tel (787) 607-2066 & Tel (787) 607-2166
        jpc@jpclawpr.com

        By: /s/ Jose M Prieto Carballo, Esq.

B6C (Official Form 6C) (04/10)

IN RE ORTIZ ORTIZ, DARIN O & RIVERA RAMOS, LUZ N
        Debtor(s)

Case No. _____
              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| PROPERTY LOCATED AT JARDINES DE LA VIA: #A7 CALLE LA VIA. NAGUABO PR | 11 USC § 522(d)(1) | 30,000.00 | 100,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| ACCT W/ SANTANDER BANK #3106012694 | 11 USC § 522(d)(5) | 5.00 | 5.00 |
| HOUSEHOLD GOODS | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| JEWELRY | 11 USC § 522(d)(4) | 200.00 | 200.00 |
| 1975 FORD PICK UP | 11 USC § 522(d)(2) | 800.00 | 800.00 |
| 2000 SUBARU FOESTER | 11 USC § 522(d)(2) | 6,100.00 | 6,455.00 |
| | 11 USC § 522(d)(5) | 355.00 | |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Declaration (Official Form 6 - Declaration) (12/07)

Case No. _____
(If known)

IN RE ORTIZ ORTIZ, DARIN O & RIVERA RAMOS, LUZ N
                              Debtor(s)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____16____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: August 26, 2010          Signature: /s/ DARIN O ORTIZ ORTIZ
                                          DARIN O ORTIZ ORTIZ                                          Debtor

Date: August 26, 2010          Signature: /s/ LUZ N RIVERA RAMOS
                                          LUZ N RIVERA RAMOS                         (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          Social Security No. (Required by 11 U.S.C. § 110.)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

_____
_____
Address

_____          Date _____
Signature of Bankruptcy Petition Preparer

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                     _____
                                                     (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing            SCOTIABANK PR                              US Bankruptcy Court District of P.R.
0104-3                                     FERNANDEZ COLLINS CUYAR & PLA              U.S. Post Office and Courthouse Building
Case 10-06026-SEK13                        PO BOX 9023905                             300 Recinto Sur Street, Room 109
District of Puerto Rico                    SAN JUAN, PR 00902-3905                    San Juan, PR 00901-1964
Old San Juan
Thu Aug 26 14:01:51 AST 2010

ADM DE CORRECCION                          AEELA                                      BANCO POPULAR DE PUERTO RICO
P O BOX  71308                             P O BOX  364508                            AS PURCHASING AGENT
SAN JUAN, PR 00936-8408                    SAN JUAN, PR 00936-4508                    CONSUMER BANKRUPTCY UNIT
                                                                                      PO BOX 1450
                                                                                      MAYAGUEZ PR 00681-1450


DEPT DE LA VIVIENDA                        DIRECT TV                                  DORAL MORTGAGE
APARTADO  21365                            P O BOX 71413                              P O BOX 70308
RIO PIEDRAS, PR 00928-1365                 SAN JUAN, PR  00936-8513                   SAN JUAN, PR 00936-8308



DTOP                                       EDP COLLEGE                                SCOTIABANK
P O BOX 41269                              P O BOX 192303                             P O BOX 362230
SAN JUAN, PR 00940-1269                    SAN JUAN, PR 00919-2303                    SAN JUAN, PR  00936-2230



SEARS                                      DARIN O ORTIZ ORTIZ                        JOSE M PRIETO CARBALLO
P O BOX 6189                               A7 CALLE LA VIA                            JPC LAW OFFICE
SIOUX FALLS, SD 57117-6189                 URB JARDINES DE LA VIA                     PO BOX 363565
                                           NAGUABO, PR 00718                          SAN JUAN, PR 00936-3565



JOSE RAMON CARRION MORALES                 LUZ N RIVERA RAMOS                         MONSITA LECAROZ ARRIBAS
PO BOX 9023884                             A7 CALLE LA VIA                            OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                    URB JARDINES DE LA VIA                     OCHOA BUILDING
                                           NAGUABO, PR 00718                          500 TANCA STREET  SUITE 301
                                                                                      SAN JUAN, PR 00901-1938



End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```