IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-06026 S |
|---|---|
| DARIN O ORTIZ ORTIZ<br>LUZ N RIVERA RAMOS | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule and increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 31st day of August of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                     Case No. _____

ORTIZ ORTIZ, DARIN O & RIVERA RAMOS, LUZ N              Chapter 13
                  Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 8/31/2010
    ☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ _____340.00___ x ____36___ = $ _____12,240.00
$ _____400.00___ x ____24___ = $ _____9,600.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                         TOTAL: $ _____21,840.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____21,840.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____3,000.00

Signed: **/s/ DARIN O ORTIZ ORTIZ**
         Debtor

        **/s/ LUZ N RIVERA RAMOS**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL MORTGAGE     Cr. _____     Cr. _____
# 50040522                 # _____         # _____
$ _____3,000.00       $ _____         $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. SCOTIABANK        Cr. _____     Cr. _____
# 53200000907344      # _____         # _____
$ _____11,000.00      $ _____         $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
AEELA
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
DEPT DE LA VIVIENDA      DORAL MORTGAGE
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO SCOTIABANK FIN TROUGH EASTERN AMERICAN INS CORP.

ADEQUATE PROTECTION TO SCOTIABANK IN THE AMOUNT OF $100.00

Attorney for Debtor Jose Prieto _____ Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing         SCOTIABANK PR                          US Bankruptcy Court District of P.R.
0104-3                                  FERNANDEZ COLLINS CUYAR & PLA          U.S. Post Office and Courthouse Building
Case 10-06026-SEK13                     PO BOX 9023905                         300 Recinto Sur Street, Room 109
District of Puerto Rico                 SAN JUAN, PR 00902-3905                San Juan, PR 00901-1964
Old San Juan
Thu Aug 26 14:01:51 AST 2010

ADM DE CORRECCION                       AEELA                                  BANCO POPULAR DE PUERTO RICO
P O BOX  71308                          P O BOX  364508                        AS PURCHASING AGENT
SAN JUAN, PR 00936-8408                 SAN JUAN, PR 00936-4508                CONSUMER BANKRUPTCY UNIT
                                                                               PO BOX 1450
                                                                               MAYAGUEZ PR 00681-1450


DEPT DE LA VIVIENDA                     DIRECT TV                              DORAL MORTGAGE
APARTADO  21365                         P O BOX 71413                          P O BOX 70308
RIO PIEDRAS, PR 00928-1365              SAN JUAN, PR  00936-8513               SAN JUAN, PR 00936-8308


DTOP                                    EDP COLLEGE                            SCOTIABANK
P O BOX 41269                           P O BOX 192303                         P O BOX 362230
SAN JUAN, PR 00940-1269                 SAN JUAN, PR 00919-2303                SAN JUAN, PR  00936-2230


SEARS                                   DARIN O ORTIZ ORTIZ                    JOSE M PRIETO CARBALLO
P O BOX 6189                            A7 CALLE LA VIA                        JPC LAW OFFICE
SIOUX FALLS, SD 57117-6189              URB JARDINES DE LA VIA                 PO BOX 363565
                                        NAGUABO, PR 00718                      SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES              LUZ N RIVERA RAMOS                     MONSITA LECAROZ ARRIBAS
PO BOX 9023884                          A7 CALLE LA VIA                        OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                 URB JARDINES DE LA VIA                 OCHOA BUILDING
                                        NAGUABO, PR 00718                      500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```