IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| DARIN O ORTIZ ORTIZ<br>LUZ N RIVERA RAMOS<br><br>XXX-XX-0388<br>XXX-XX-6114<br><br>**Debtor(s)** | CASE NO. 10-06026 SEK<br>Chapter 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **HEARING** scheduled for **8/18/2011 AT 8:30 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR AUGUST 16, 2011 AT 8:30 A.M.**

San Juan, Puerto Rico, this 24 day of June, 2011.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**Clerk of the Court**

BY: Eduardo Bujosa
Deputy Clerk